Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS MILOSCH, individually and on behalf of all others similarly situated,<br>PLAINTIFF(S)<br>v.<br>NATIONAL BUSINESS CAPITAL, INC.; THE FUNDING SOURCE, and DOES 1 through 10, inclusive, and each of them,<br>DEFENDANT(S). | CASE NUMBER<br>8:16-cv-01731 JLS (DFMx)<br><br>**SUMMONS** |

TO: DEFENDANT(S): NATIONAL BUSINESS CAPITAL, INC.; THE FUNDING SOURCE, and DOES 1 through 10, inclusive, and each of them,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Todd M. Friedman, whose address is Law Offices of Todd M. Friedman, 21550 OxnardSt, Suite780 WoodlandHills, CA 91367. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: September 20, 2016

By: J. Tillman
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*