Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS MILOSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BUSINESS CAPITAL, INC.; THE FUNDING SOURCE, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 8:16-cv-01731-JLS-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT THE FUNDING SOURCE ONLY WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant The Funding Source without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed as to the Funding Source without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 16th day of November, 2016.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff