UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-01731-JLS-DFM Date: January 17, 2017
Title: Chris Milosch v. National Business Capital, Inc. et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING NOTICE OF SETTLEMENT (Doc. 11)**

Before the Court is Plaintiff's Notice of Settlement. (Doc. 11.) In this putative class action, the parties seek dismissal of the individual claims of the named Plaintiff. Upon review, the Court DENIES the parties' stipulation. The denial is without prejudice.

Where parties in a putative class action reach a settlement of the named plaintiff's individual claims, the named plaintiff must articulate why the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989), favor dismissal and why notice need not be provided to the putative class. Although *Diaz* was decided based on a version of Rule 23(e) with language that has since been amended, courts continue to require assessment of the factors set forth in Diaz. *See, e.g.*, *Tombline v. Wells Fargo Bank, N.A.*, No. 13-CV-04567-JD, 2014 WL 5140048, at *2 (N.D. Cal. Oct. 10, 2014); *Wallace v. Universal Fid. LP*, No. C13-0437JLR, 2013 WL 5487001, at *1 (W.D. Wash. Sept. 30, 2013); *Del Rio v. CreditAnswers, LLC*, No. 10CV346-WQH-BLM, 2011 WL 1869881, at *2-3 (S.D. Cal. May 16, 2011); *Mansourian v. Bd. of Regents of Univ. of California at Davis*, No. CIV. S-03-2591FCDEFB, 2007 WL 1722975, at *1 (E.D. Cal. June 12, 2007); *Bloch v. Prudential Ins. Co. of Am.*, No. CV05-1589-DT(MCX), 2005 WL 6141292, at *5 (C.D. Cal. Aug. 9, 2005). This Court's evaluation includes review of the parties' settlement agreement.

The Settlement Agreement may be filed under seal without further Order of the Court, but must bear the notation referred to in Local Rule 79-5.2.2(c). Counsel not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-01731-JLS-DFM Date: January 17, 2017
Title: Chris Milosch v. National Business Capital, Inc. et al.

familiar with e-filing documents under seal in a civil case are strongly advised to consult the Court's Guide to Electronically Filing Under-Seal Documents in Civil Cases.

Initials of Preparer: tg