UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-01731-JLS-DFM Date: April 14, 2017

Title: Chris Milosch v. National Business Capital, Inc. et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Terry Guerrero | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING NOTICE OF SETTLEMENT (Doc. 11)**

Before the Court is Plaintiff's Notice of Settlement (Notice, Doc. 11). Having reviewed the papers in this case, the Court finds no reason to believe the settlement is collusive or prejudicial to the putative class. The parties shall file a stipulated dismissal forthwith.

Initials of Preparer: tg